## Camp Unemployment Compensation Case.

Argued March 18, 1964. *Roger G. White*, with him *Smyth, Straub & Thistle*, for appellant; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Citron Unemployment Compensation Case.

Argued March 19, 1964. *Marvin D. Weintraub*, for appellant; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Commonwealth ex rel. Boone, Appellant, *v.* Hendrick.

Submitted March 16, 1964. *Theodore Boone*, appellant, in propria persona; *Vincent C. Veldorale* and *Thomas M. Reed*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.